# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2022-1374
LT Case No. 202233492

———————————————

NEIL AGUSTUS CUFF,

Appellant,

v.

FLORIDA HOSPITAL,

Appellee.

———————————————

Administrative appeal from the Florida Commission on Human Relations.

Neil Agustus Cuff, Orlando, pro se.

Christopher R. Parkinson, of Moran Kidd Lyons Johnson Garcia, P.A., Orlando, for Appellee.

July 16, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and SOUD and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____